IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

BRUCE A. SENIOR,

          Plaintiff,

v.                                       CIVIL ACTION NO.   3:18-1382

ROBERT NEWLIN AIRPORT, INC. and
CARL BAILEY,

          Defendants.

## JUDGMENT ORDER

Pursuant to the accompanying Memorandum Opinion and Order, the Court **GRANTS** the parties' Joint Motion for Court Approval of Settlement and **DIRECTS** that this case be dismissed with prejudice and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

                ENTER:        September 9, 2018

                ROBERT C. CHAMBERS
                UNITED STATES DISTRICT JUDGE